IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE FOSTER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:18-cv-2

Magistrate Judge Michael J. Newman
(consent case)

---

**ORDER: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 17); AND (2) AWARDING PLAINTIFF $4,600.00 IN EAJA FEES**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $4,600.00. Doc. 17. Based upon the parties' stipulation in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' joint stipulation (doc. 17); and (2) **GRANTS** Plaintiff EAJA fees in the amount of $4,600.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:  6/13/19

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge